UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

Case No.   SACV 24-2362 CV (PVC)                                            Date:  September 23, 2025

Title   Audrey Burrell v. Social Security Administration

Present:  The Honorable Pedro V. Castillo, United States Magistrate Judge

| Marlene Ramirez | None |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None | None |

**PROCEEDINGS:**   **[IN CHAMBERS] ORDER TO SHOW CAUSE WHY THIS ACTION SHOULD NOT BE DISMISSED FOR FAILURE TO PROSECUTE**

On October 30, 2024, Plaintiff filed a Complaint seeking review of Defendant's decision denying disability benefits.  (Dkt. No. 1).  On April 30, 2025, Defendant filed an Answer to the Complaint, which included the Certified Administrative Record.  (Dkt. No. 22).  On June 17, 2025, the Court quashed Plaintiff's subpoena, noting that her earning records are included in the Administrative Record, and ordered her to file her opening brief no later than **August 17, 2025**.  (Dkt. No. 25).  As of today, Plaintiff has neither filed the required brief nor requested an extension of time in which to do so.

Accordingly, Plaintiff is **ORDERED TO SHOW CAUSE**, within **14 days** of the date of this Order, why this action should not be dismissed with prejudice for failure to prosecute, pursuant to Federal Rule of Civil Procedure 41(b).  Plaintiff may discharge this Order by either filing her brief in support of the Complaint or a request for extension of time.  <u>Plaintiff is expressly advised that failure to timely file the required memorandum will result in this action being dismissed with prejudice for failure to prosecute, pursuant to Federal Rule of Civil Procedure 41(b)</u>.

IT IS SO ORDERED.

Initials of Preparer    mr
00:00