**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| AUDREY A. B.,[1] <br><br> Plaintiff, <br><br> v. <br><br> SOCIAL SECURITY ADMINISTRATION, et al., <br><br> Defendants. | Case No. SACV 24-2362 CV (PVC) <br><br> **ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint, all the records and files herein, and the Report and Recommendation of the United States Magistrate Judge.  The Court concurs with and accepts the findings and conclusions of the Magistrate Judge.

IT IS ORDERED that Judgment shall be entered affirming the decision of the Commissioner and dismissing this action with prejudice.

---

[1] The Court partially redacts Plaintiff's name in compliance with Federal Rule of Civil Procedure 5.2(c)(2)(B) and the recommendation of the Committee on Court Administration and Case Management of the Judicial Conference of the United States.

IT IS FURTHER ORDERED that the Clerk serve copies of this Order and the Judgment herein on Plaintiff and counsel for Defendant.

LET JUDGMENT BE ENTERED ACCORDINGLY.

DATED: 3/30/26

*Cynthia Valenzuela*
CYNTHIA VALENZUELA
UNITED STATES DISTRICT JUDGE