JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AUDREY A. B.,[1] | Case No. SACV 24-2362 CV (PVC) |
| Plaintiff, | |
| v. | **JUDGMENT** |
| SOCIAL SECURITY ADMINISTRATION, et al., | |
| Defendants. | |

Pursuant to the Court's Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge, IT IS HEREBY ADJUDGED that the decision of the Commissioner is AFFIRMED, and this action is DISMISSED WITH PREJUDICE.

DATED: 3/30/26

*Cynthia Valenzuela*
CYNTHIA VALENZUELA
UNITED STATES DISTRICT JUDGE

---

[1] The Court partially redacts Plaintiff's name in compliance with Federal Rule of Civil Procedure 5.2(c)(2)(B) and the recommendation of the Committee on Court Administration and Case Management of the Judicial Conference of the United States.